IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-**24** |
| CHRISTOPHER M. KRAUSS, | : |
| Defendant. | : |

**FELONY INFORMATION**

The United States Attorney for the District of Delaware charges that:

**COUNT I**

On or about October 21, 2003, in the District of Delaware and elsewhere, CHRISTOPHER M. KRAUSS, defendant herein, did willfully make and subscribe a Form 433-A (Collection Information Statement for Wage Earners and Self Employed Individuals), which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Director, Internal Revenue Service Center, at Holtsville, New York which said Form 433-A he did not believe to be true and correct as to every material matter in that CHRISTOPHER M. KRAUSS indicated on the said Form 433-A that he was not a party to any lawsuit, whereas, as he then and there well knew and believed, that he was a party to a personal



FILED

FEB 27 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

All in violation of Title 26, United States Code, Section 7206(1).

                                         COLM F. CONNOLLY
                                         United States Attorney

BY: _____
       Douglas E. McCann
       Assistant United States Attorney

Dated: February 27, 2007