IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | )  Crim. No. 07-024-SLR |
| CHRISTOPHER M. KRAUSS, | ) ) ) |
| Defendant. | ) |

ORDER

At Wilmington this 23rd day of March, 2007, having been advised by counsel that defendant intends to enter a plea of guilty to the information filed against him;

IT IS ORDERED that a plea hearing is scheduled for **Monday, April 23, 2007** at **4:00 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge