**REDACTED**

AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF ___DELAWARE___

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>CHRISTOPHER M. KRAUSS<br>▮▮▮▮▮▮▮▮▮<br>Millsboro, DE ▮<br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:  07-24-SLR |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room<br>#100 U.S. Marshal's Office - Deft. To<br>Report By: 3:00 p.m. |
|---|---|
| Before: ___ DISTRICT JUDGE | Date and Time<br>4/23/07 at 4:00 p.m. |

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation  ☐ Supervised Release  ☐ Violation Notice
                                              Petition         Violation Petition

Charging you with a violation of Title ___ United States Code, Section(s) __7206(1)__

Brief description of offense:

**FALSE STATEMENT OR DECLARATION - TAXES**

Peter T. Dalleo, Clerk of Court                    by: Francesca Tascone, Deputy Clerk
Name and Title of Issuing Officer                  Signature of Issuing Officer

3/27/07
Date

AO 83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:[1]     Date |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☒ Returned unexecuted: *attempted - returned Unknown address*

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  4-16-07
             Date

DW Thomas
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Christopher M. Krauss
    ▓▓▓▓▓▓▓▓▓▓▓▓
    Millsboro, De ▓▓▓▓▓

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent
                           ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number:  7004 1160 0006 7939 8876

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Department of Jus**

*United States Marshals Servic*
*District of Delaware*

*844 King Street, Suite 1100*
*Wilmington, DE 19801-3519*

Official Business
Penalty for Private Use $300

CERTIFIED MAIL

7004 1160 0006 7939 8876

U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
$ 04.64⁰
APR 02 2007
MAILED FROM ZIP CODE 19801

Christopher M. Krauss
[redacted]
Millsboro, De [redacted]

RETURN TO SENDER
RTS
1st Notice

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD
☐ OTHER

19801/3519