IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 07-024-SLR |
| | ) |
| CHRISTOPHER M. KRAUSS, | ) |
| | ) |
| Defendant. | ) |

### ORDER

At Wilmington this 23rd day of April, 2007, having been advised that defense counsel is ill and unable to appear for the scheduled hearing;

IT IS ORDERED that plea hearing scheduled for **April 23, 2007** is **cancelled** and **rescheduled** to commence on **Monday, May 14, 2007** at **4:30 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge