≈AO83 (Rev. 10/03) Summons in a Criminal Case

REDACTED

# UNITED STATES DISTRICT COURT

DISTRICT OF    DELAWARE

| UNITED STATES OF AMERICA<br>V.<br><br>CHRISTOPHER M. KRAUSS<br>Millsboro, DE<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    07-24-SLR |
|---|---|

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmginton, DE 19801<br>Before:    THE HONORABLE SUE L. ROBINSON, U.S. DISTRICT JUDGE | Room<br>#100 U.S. Marshal's Office - Deft. To<br>Report by: 3:00 p.m.<br>Date and Time<br>4/23/07 at 4:00 p.m. |
|---|---|

To answer a(n)
☐ Indictment    **x** Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title    26    United States Code, Section(s)    7206(1)

Brief description of offense:

FALSE STATEMENT OR DECLARATION-TAXES

2007 APR 25 AM 8: 59

Peter T. Dalleo, Clerk of Court
Name and Title of Issuing Officer

Francesca Passore, Deputy Clerk
Signature of Issuing Officer

4/19/07
Date

Scanned- ____ 9/25/07

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☒ Returned unexecuted: Hearing Cancelled.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  4-24-07
             Date

DW Thomas
Name of United States Marshal

BJ Fahey
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

**D.I. #** _____

# CIVIL ACTION NUMBER: 07CV24 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

