REDACTED

AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF  DELAWARE

| UNITED STATES OF AMERICA<br>V.<br>CHRISTOPHER M. KRAUSS<br>Millsboro, DE 19966<br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:   07-24-SLR |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**J. Caleb Boggs Federal Building**<br>**844 North King Street**<br>**Wilmginton, DE 19801**<br>Before:   THE HONORABLE SUE L. ROBINSON, U.S. DISTRICT JUDGE | Room<br>**#100 U.S. Marshal's Office - Deft. To**<br>**Report by: 3:30 p.m.**<br>Date and Time<br>5/14/07 at 4:30 p.m. |

To answer a(n)

☐ Indictment   x Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title   26   United States Code, Section(s)   7206(1)

Brief description of offense:

FALSE STATEMENT OR DECLARATION-TAXES

FILED
MAY 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo, Clerk of Court
Name and Title of Issuing Officer

by: Francesca Vavala, Deputy Clerk
Signature of Issuing Officer

4/23/07
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:[1]  Date |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  5-15-07
                  Date

DW Thomas
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---
[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

