

THE
LYONS
LAW
FIRM

Edmund Daniel Lyons
David J. Lyons

Attorneys at Law

July 10, 2007

The Hon. Sue L. Robinson
U.S. District Court
844 King Street
Wilmington, DE 19801

    Re:  U.S. v. Christopher Krauss
         Crim. No.: 07-24-SLR

Dear Judge Robinson:

    The above captioned case has been scheduled for Sentencing before Your Honor on Thursday, August 16, 2007 at 4:30 p.m. This is to respectfully request a 30 day continuance of this sentencing due to the fact that Defendant's brother, who had been gravely ill, passed away on Sunday July 8, 2007. Due to these circumstances, Defendant has been unable to complete the paperwork required, prior to sentencing, for Martin Durkin, Federal Probation and Parole.

    Neither the Government nor Mr. Durkin have any objection to this request.

    Please advise.

                               Respectfully submitted,

                               Edmund Daniel Lyons

EDL/dlh
cc:  Douglas McCann, AUSA
     Martin Durkin, Pre-Sentence

1526 Gilpin Avenue
P.O. Box 579
Wilmington, DE 19899
Phone: 302 777.5698
Fax: 302 777.5051
www.lyonslaw.com