IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>CHRISTOPHER M. KRAUSS,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>) Crim. No.: 07-24-SLR<br>)<br>)<br>)<br>) |

<u>NOTICE OF MOTION</u>

TO:  Douglas McCann, AUSA        Martin Durkin, Pre-Sentence
      U.S. Department of Justice   844 King Street
      1007 Orange Street, #700    Lock Box 39
      P. O. Box 2046                   Wilmington, DE 19801
      Wilmington, DE 19899

PLEASE TAKE NOTICE the attached Motion for Continuance will be heard by The Honorable Sue L. Robinson at the convenience of Court and counsel.

                                               _____
                                               Edmund Daniel Lyons - 0881
                                               Attorney for Defendant
                                               1526 Gilpin Avenue
                                               P. O. Box 579
                                               Wilmington, Delaware 19899
                                               (302) 777-5698

Dated:  July 17, 2007

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
|                                      ) | |
|            Plaintiff,                ) | |
|                                      ) | |
|     v.                               ) | Crim. No.: 07-24-SLR |
|                                      ) | |
| CHRISTOPHER M. KRAUSS,                ) | |
|                                      ) | |
|            Defendant.                ) | |

MOTION FOR CONTINUANCE OF SENTENCING DATE

1. The above captioned matter has been scheduled for Sentencing before Your Honor on Thursday, August 16, 2007 at 4:30 p.m.

2. Defendant's brother, who had been gravely ill for some time, passed away on Sunday, July 8, 2007.

3. Due to the illness of his brother, Defendant had been unable to complete the paperwork required for Martin Durkin of Federal Probation and Parole.

4. Due to these circumstances, Defendant, through counsel, respectfully requests a 30 day continuance of the sentencing to allow Defendant to prepare the needed paperwork for Mr. Durkin.

5. Neither the Government nor Mr. Durkin have any objection to this request.

Edmund Daniel Lyons - 0881
Attorney for Defendant
1526 Gilpin Avenue
Wilmington, Delaware 19806

Dated: July 17, 2007

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Crim. No.: 07-24-SLR |
| CHRISTOPHER M. KRAUSS, | ) |
| Defendant. | ) |

ORDER

GOOD CAUSE APPEARING therefore, it is hereby Ordered that Sentencing in the above captioned matter has been rescheduled to _____.

_____
The Hon. Sue L. Robinson

Dated:

## AFFIDAVIT OF MAILING

I, Donna L. Hendricks, secretary for Edmund Daniel Lyons, Esquire hereby certifies that on this 17th day of July, 2007, I caused a copy of the attached: Motion For Continuance of Sentence, to be delivered electronically, and by first-class mail to the following:

Douglas McCann, AUSA
1007 Orange Street, #700
P. O. Box 2046
Wilmington, DE  19899

Martin Durkin, Pre-Sentence
844 King Street
Lock Box 39
Wilmington, DE 19801

The document is available for public viewing and downloading.

_____
Donna L. Hendricks