IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No.: 07-24-SLR ) |
| CHRISTOPHER M. KRAUSS, | ) ) |
| Defendant. | ) |

### ORDER

GOOD CAUSE APPEARING therefore, it is hereby Ordered that Sentencing in the above captioned matter has been rescheduled to _October 4, 2007 at 4:30 p.m._.

_____
The Hon. Sue L. Robinson

Dated: 7/17/07