IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 07-024-SLR |
| CHRISTOPHER KRAUSS, | ) ) ) |
| Defendant. | ) ) |

**O R D E R**

At Wilmington this 6th day of November, 2007, having reviewed defendant's motion to stay sentence of incarceration pending determination of appeal of sentence, and the papers submitted in connection therewith;

IT IS ORDERED that said motion (D.I. 23) is denied, as the court, having considered the factors enumerated in 28 U.S.C. § 3553(a), concluded that a sentence within the guideline range was appropriate and defendant has not identified any persuasive reasons for staying sentence pending appeal.

_____
United States District Judge